IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KAYLA TOBEY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's request for earlier sentencing date (filing 25) is granted.

(2)   The defendant's sentencing is rescheduled to April 12, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 5, 2007.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge