IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>                                   )<br>    vs.                            )<br>                                   )<br> KAYLA M. TOBEY,                   )<br>                                   )<br>            Defendant.             )<br>                                   ) | 4:06CR3187<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

August 22, 2011                              BY THE COURT:

                                             *s/Cheryl R. Zwart*
                                             United States Magistrate Judge